**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JAMES M. KUSH, | : No. 241 WAL 2018 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (POWER CONTRACTING | : |
| COMPANY), | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.